IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02095-AP

CELIA A. DANIELS,

   Plaintiff,

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

<u>For Plaintiff</u>:
Celia A. Daniels, Pro Se
P.O. Box 18452
Denver, Colorado 80218

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

Bonnie E. Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Bonnie.sims@ssa.gov

*Street Address*:

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.
§ 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** November 17, 2006 (amended complaint)

**B.  Date Complaint Was Served on U.S. Attorney's Office:** March 8, 2007

**C. Date Answer and Administrative Record Were Filed:**  May 4, 2007

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff: Some information in the medical records has been removed.  I do have some I
could provide.

Defendant, to the best of his knowledge, states that the administrative record is complete
and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff: I have additional evidence.  Based on Medical Information, etc.  I Celia would
like an oral argument, containing to these decisions based on my condition.  I do have
some additional evidence.  All evidence has not been reviewed.

Defendant does not anticipate additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

<u>Plaintiff</u>: Being denied opportunity to a review of conditions.

Defendant is not aware of any unusual claims or defenses in this case.

## 7.  OTHER MATTERS

<u>Plaintiff</u>: I have had to retain most evidence on my own that Legal Aid would not return to me.

Defendant is not aware of any other matters.

## 8.  PROPOSED BRIEFING SCHEDULE  -

*THE PROPOSED BRIEFING SCHEDULE HAS BEEN MODIFIED BY JUDGE KANE TO ALLOW ADEQUATE TIME FOR COMPLETION OF THE BRIEFS*.

A.  Plaintiffs Opening Brief Due**:** July 6, 2007

B.  Defendant's Response Brief Due: August 6, 2007

C.  Plaintiffs Reply Brief (If Any) Due: August 16, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiffs Statement:** That is not true.  I would like to have an oral argument concerning decisions made on my behalf from Social Security.

**B.  Defendant's Statement:** Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.     (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD,
AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 14th day of June, 2007.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Celia A. Daniels 6-6-07
Celia A. Daniels, Pro Se                    TROY A. EID

P.O. Box 18452
Denver, CO 80218


Pro Se Plaintiff

United States Attorney

s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney

s/ Bonnie E. Sims
By: Bonnie E. Sims
Special Assistant U.S. Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
E-mail: Bonnie.sims@ssa.gov

Street Address:
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)